

Entered on Docket
September 22, 2010

_____
Hon. Michael S. McManus
United States Bankruptcy Judge

_____

WILLIAM A. VAN METER
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada 89513
(775) 324-2500
maryc13@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.  10-52860-GWZ |
| JACOB FINLAY | |
| ERICA LYN FINLAY, | Chapter 13 |
| Debtors. | **ORDER OF DISMISSAL** |
| | Hearing Date:  September 10, 2010 |
| | Hearing Time:  2:00 pm |

The Trustee having moved to dismiss the Debtors' Chapter 13 bankruptcy case for cause and having heard arguments and comments of the Trustee and other parties in interest as the record may reflect, and for good cause appearing;

IT IS ORDERED that the Debtors' Chapter 13 case is **dismissed**.

Approved:

/S/ JOE LAUB
JOE M. LAUB, ESQ.

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

_____    The court waived the requirements of L.R. 9021.

__X___    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
      __X___ approved the form of this order as indicated above;
      _____ waived the right to review the order; and/or
      _____ failed to file and serve papers in accordance with L.R. 9021(c).

_____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

      NONE

_____    No opposition was filed to the motion and no other party or counsel appeared at the hearing.

**Dated:**  September 17, 2010

                    /S/ Mary Rivinius
                    Mary Rivinius
                    Assistant to William A. Van Meter, Trustee
                    P.O. Box 6630
                    Reno, NV  89509

            ###